IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUANA S. FLORES, | ) | 4:12CV3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Subpoena and Defendant's Motion for Leave to Engage in Discovery Prior to the Issuance of a Progression Order. (Filing Nos. 7 and 10.) Both parties seek to engage in discovery prior to the issuance of a progression order. Because the court has now entered a Progression Order in this matter (Filing No. 13), the court will deny the parties' motions as moot.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Subpoena (Filing No. 7) is denied as moot.

2. Defendant's Motion for Leave to Engage in Discovery Prior to the Issuance of a Progression Order (Filing No. 10) is denied as moot.

3. The clerk's office is directed to send to Plaintiff a copy of the court's Guide to Self Representation for Non-Prisoners. Plaintiff is advised that pages 22-23 of this guide provide information about case progression and discovery. Plaintiff should note that the contents of this guide are provided for informational purposes only and do not constitute legal advice.

DATED this 5th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.