IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUANA S. FLORES, | ) | 4:12CV3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER** |
| | ) | **SETTING SCHEDULE FOR** |
| TYSON FOODS, INC., | ) | **PROGRESSION OF CASE** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Extend Time and Modify Progression Order. (Filing No. 34.) Upon careful consideration and for good cause shown,

IT IS THEREFORE ORDERED that:

1. Defendant's Motion to Extend Time and Modify Progression Order (Filing No. 34) is granted, and this matter will be progressed according to the dates set forth below.

2. Deposition and discovery deadline. All depositions, whether or not they are intended to be used at trial, shall be completed by **December 6, 2012**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **October 1, 2012**.

2. Motions to compel discovery shall be filed on or before **December 6, 2012**. The parties must comply with the provisions of NECivR 7.0.1 before filing a motion to compel.

3. Dispositive Motions. All dispositive motions shall be filed on or before **January 21, 2013**. The parties must comply with the provisions of NECivR 7.0.1 and [NECivR 56.1](#) when filing summary judgment motions.

4. Pretrial Conference.

   a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **March 25, 2013**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **April 8, 2013**. Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **April 22, 2013**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

   b. The Final Pretrial Conference will be held before the Magistrate Judge on **May 2, 2013, at 11 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

   c. If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the

      plaintiff's institution in advance and arrange to initiate and place the conference call.

5.    The trial date will be set by the Magistrate Judge at the time of the Final Pretrial Conference.

6.    The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Cheryl Zwart to be held on May 2, 2013.

DATED this 31st day of August, 2012.

                        BY THE COURT:

                        s/ Cheryl R. Zwart
                        United States Magistrate Judge