IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUANA S. FLORES, | ) | 4:12CV3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's third request to extend deadlines in this case. (Filing No. 66.) The parties are currently involved in a discovery dispute regarding the production and protection of certain documents and information. This discovery dispute is currently before the court on several motions filed by the parties. In light of this, and for good cause shown,

IT IS THEREFORE ORDERED that:

1. Defendant's Motion to Extend Deadlines (Filing No. 66) is granted, and this matter will be progressed according to the dates set forth below.

2. Deposition and discovery deadline. All depositions, whether or not they are intended to be used at trial, shall be completed by **June 5, 2013**.

3. Motions to compel discovery shall be filed on or before **June 5, 2013**. The parties must comply with the provisions of NECivR 7.1 before filing a motion to compel.

4. Dispositive Motions. All dispositive motions shall be filed on or before **July 19, 2013**. The parties must comply with the provisions of NECivR 7a.1 and NECivR 56.1 when filing summary judgment motions.

5. Pretrial Conference.

    a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **September 20, 2013**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **October 4, 2013**. Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **October 18, 2013**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

    b. The Final Pretrial Conference will be held before the Magistrate Judge on **October 25, 2013, at 11 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

    c. If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

6. The trial date will be set by the Magistrate Judge at the time of the Final Pretrial Conference.

7.  The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Cheryl Zwart to be held on October 25, 2013.

DATED this 28th day of December, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge