IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUANA S. FLORES, | ) | 4:12CV3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The parties in this case are engaged in a discovery dispute concerning the production of documents and other materials containing confidential and proprietary information. These documents and other materials contain information about Defendant's company policies and procedures, Defendant's proprietary business and financial information, Plaintiff's financial information, and Plaintiff's medical care and treatment. Currently pending are Plaintiff's Motion for Protective Order (Filing No. 56), Motion to Compel Discovery (Filing No. 69), and Motion for Sanctions (Filing No. 75). Also pending is Defendant's Motion for Protective Order. (Filing No. 63.) The parties aver that they have conferred about the issues raised in their discovery motions, and have been unable to reach an agreement.

The court has carefully reviewed the relevant pleadings and finds that the court would significantly benefit from the assistance of the magistrate judge in resolving the parties' discovery dispute.

IT IS THEREFORE ORDERED that: The above-mentioned motions are referred to Magistrate Judge Zwart for decision. (Filing Nos. 56, 63, 69, and 75.) *See* General Order 2010-02 ("Except for motions filed under 28 U.S.C. § 2255 and except for death penalty cases, all pro se cases shall be assigned to Magistrate Judge Zwart as the assigned magistrate judge.").

DATED this 5th day of February, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.