IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUANA S. FLORES,<br><br>        Plaintiff,<br><br>vs.<br><br>TYSON FOODS, INC.,<br><br>        Defendant. | 4:12CV3089<br><br>MEMORANDUM AND ORDER |

      Pro se plaintiff Juana Flores recently mailed this court copies of documents responsive to Defendants' outstanding discovery requests. Several of the documents contain confidential information. Accordingly,

      IT IS ORDERED:

      1)     The clerk's office shall file these documents as "restricted access" documents.

      2)     The plaintiff is advised, pursuant to [NECivR 5.4(a)](NECivR 5.4(a)), she should not file responses to discovery with this court.

      3)     The clerk's office is instructed to mail the original documents and a copy of this order to the plaintiff at her address of record.

      Dated this 16th day of April, 2013.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge