## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JUANA S. FLORES,** | |
| Plaintiff, | 4:12CV3089 |
| vs. | |
| **TYSON FOODS, INC.,** | ORDER |
| Defendant. | |

This matter is before the court on the defendant's Motion to Extend Deadlines (Filing No. 89). The defendant seeks to extend the time allowed for discovery and move the trial date by three months due to the challenges associated with discovery in this matter. The defendant states the plaintiff stated she would not agree to the extension of deadlines. Accordingly, the court will allow the plaintiff an opportunity to respond to the defendant's motion.

**IT IS ORDERED**:

The plaintiff shall have until **May 20, 2013**, to respond to the defendant's Motion to Extend Deadlines (Filing No. 89) by filing a brief with the Clerk of Court. The brief should contain a statement that the plaintiff does not oppose the extension or an explanation with specific reasons why an extension should not be granted, such as the extension would create a hardship for the plaintiff or the defendant has failed to diligently pursue discovery.

Dated this 9th day of May, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge