IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUANA S. FLORES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TYSON FOODS, INC.,<br><br>　　　　Defendant. | 4:12CV3089<br><br>ORDER |

This matter is before the court on the defendant's, Tyson Foods, Inc. (Tyson), Motion to Extend Deadlines (Filing No. 89).  In response to the motion, the plaintiff, Juana S. Flores (Flores), filed a Motion to Oppose Deadline Extension (Filing No. 91). Tyson seeks to extend discovery and pretrial deadlines by three months.  **See** Filing No. 89 - Motion.  Flores generally opposes the extension.  **See** Filing No. 91.  Due to the remaining discovery and complications associated with the discovery, the court finds some modification to the progression order is warranted.  Accordingly,

**IT IS ORDERED**:

1.　Tyson's Motion to Extend Deadlines (Filing No. 89) is granted, in part, as set forth below:

2.　Flores' Motion to Oppose Deadline Extension (Filing No. 91) is denied.

**IT IS FURTHER ORDERED**:

1.　The plaintiff shall have until **July 5, 2013**, to disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2).

2.　The defendant shall have until **August 5, 2013**, to disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2).

3.　The parties shall have until **September 5, 2013**, to complete depositions.

4.　The parties shall file motion to compel discovery by **August 9, 2013**.

5.　The parties shall have until **September 20, 2013**, to file dispositive motions.

6. The deadline for the defendant to submit a draft Final Pretrial Conference Order to the plaintiff shall be **December 16, 2013**.

7. The deadline for the plaintiff to provide additions or deletions to the defendant's draft Final Pretrial Conference Order shall be **January 6, 2014**.

8. The deadline for parties to submit the proposed Final Pretrial Conference Order to the court shall be **January 21, 2014**.

9. The Final Pretrial Conference with the undersigned magistrate judge is set for **January 27, 2014, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, **Omaha, Nebraska**. The final pretrial conference shall be attended by any parties proceeding without counsel and lead counsel for represented parties.

10. The date of trial shall be set at the Final Pretrial Conference.

Dated this 21st day of May, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge