## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JUANA S. FLORES,** | |
| **Plaintiff,** | **4:12CV3089** |
| **vs.** | |
| **TYSON FOODS, INC.,** | **ORDER** |
| **Defendant.** | |

This matter is before the court on the plaintiff's Motion to Extend Deadlines (Filing No. 112). The plaintiff seeks a one month extension of the deadline to complete depositions due to challenges in scheduling the depositions of four witnesses. Additionally, the plaintiff filed a motion to compel (Filing No. 102), seeking documents she states she needs to prepare for depositions, and the defendant filed a motion for a protective order (Filing No. 109) to prevent one of the depositions. Under the circumstances good cause exists for an extension of the deposition and discovery deadlines. Upon consideration,

**IT IS ORDERED:**

1.      The plaintiff's Motion to Extend Deadlines (Filing No. 112) is granted.

2.      The deadline for the parties to complete discovery and take depositions is hereby extended. The court will set a new deadline when it resolves the parties' other discovery-related motions.

Dated this 26th day of August, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge