IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUANA S. FLORES,<br><br>       Plaintiff,<br><br>vs.<br><br>TYSON FOODS, INC.,<br><br>       Defendant. | 4:12CV3089<br><br>SECOND AMENDED ORDER SETTING SCHEDULE FOR PROGRESSION OF CASE |

This matter is before the court on the defendant's Motion to Extend Deadlines (Filing No. 149). The parties have encountered discovery disputes and delay in scheduling depositions due to unique complexities involved in this case. The defendant states it does not oppose the plaintiff's previous request for a two-month extension of the discovery deadline. In addition, the defendant seeks a two-month extension of all deadlines. The plaintiff filed a response to the defendant's motion correcting a date, but not otherwise objecting to the relief sought. For good cause shown,

**IT IS ORDERED:**

The defendant's Motion to Extend Deadlines (Filing No. 149) is granted.

**IT IS FURTHER ORDERED:**

1. Deposition and discovery deadline. All depositions, whether or not they are intended to be used at trial, shall be completed by **December 4, 2013**.

2. Motions to compel discovery shall be filed on or before **December 4, 2013**. The parties must comply with the provisions of NECivR 7.1 before filing a motion to compel.

3. Dispositive Motions. All dispositive motions shall be filed on or before **January 17, 2013**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

4. Pretrial Conference.

    a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **March 17, 2014**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **April 7, 2014**. Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **April 21, 2014**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

    b. The Final Pretrial Conference will be held before the magistrate judge on **April 28, 2014, at 9:00 a.m. in Courtroom 7, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

5. Trial is set to commence, at the court's call, during the week of **May 19, 2014**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury.

Dated this 25th day of October, 2013.

                                          BY THE COURT:

                                          s/ Thomas D. Thalken
                                          United States Magistrate Judge