IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUANA S. FLORES,

        Plaintiff,

vs.

TYSON FOODS, INC.,

        Defendant.

4:12CV3089

ORDER

This matter is before the court on the defendant's, Tyson Foods, Inc. (Tyson), Motion to Extend Deadlines Related to Preparation and Submission of the Proposed Pretrial Order (Filing No. 194). Tyson seeks extensions of the deadlines in this matter because of Tyson's pending summary judgment motion. Additionally, counsel for Tyson has scheduling conflicts. Tyson's counsel conferred with the plaintiff, Juana S. Flores (Flores), and represents Flores objects to the extension. After consideration,

       **IT IS ORDERED**:

       1.    Tyson's Motion to Extend Deadlines Related to Preparation and Submission of the Proposed Pretrial Order (Filing No. 194) is granted. The deadlines to submit the Proposed Order on Final Pretrial Conference are as follows:

            a.    The deadline for Tyson to submit an initial draft of the Order on Final Pretrial Conference to Flores is extended to **March 28, 2014**,

            b.    The deadline for Flores to provide her additions and/or proposed deletions to Tyson's initial draft of the Order on Final Pretrial Conference to Tyson's counsel is extended to **April 17, 2014**, and

            c.    The deadline for Tyson's counsel to submit the Order on Final Pretrial Conference to the Court is extended to **April 24, 2014**.

       2.    The April 28, 2014, Final Pretrial Conference and the June 2, 2014, Trial remain as scheduled.

       Dated this 7th day of March, 2014.

                                                      BY THE COURT:

                                                      s/ Thomas D. Thalken
                                                      United States Magistrate Judge